McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-00313 LJO |
| Plaintiff, | ) ) | ORDER TO CONTINUE SENTENCING |
| v. | ) ) | |
| YORN YIM, et al., | ) ) | |
| Defendants. | ) ) | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorney, have stipulated to a continuance of the sentencing hearing in this case, currently set for September 12, 2008 at 9:00 a.m. to October 3, 2008 at 8:30 a.m.

THEREFORE, it appearing that the request is supported by good cause,

IT IS HEREBY ordered that the sentencing hearing for defendant Yorn Yim be continued to October 3, 2008 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   September 12, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1